USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _July 20, 2021_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
KENNEDY LEWIS PARTNERS MASTER
FUND LP ET AL,

                                    Plaintiffs,                      21-cv-4690 (ALC)

                    -against-                                       ORDER

ABRY PARTNERS, LLC ET AL

                                    Defendant.

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants request a pre-motion conference in anticipation of their motions to dismiss.

(ECF Nos. 40, 41.) Plaintiff shall respond to Defendants' request by July 23, 2021.

**SO ORDERED.**

**Dated:   July 20, 2021**
          **New York, New York**                 _____
                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**