| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: August 2, 2022 |

-----------------------------------------------------------  x

**KENNEDY LEWIS PARTNERS MASTER FUND LP and KENNEDY LEWIS PARTNERS MASTER FUND II LP,**

                    **Plaintiffs,**

            **-against-**

**ABRY PARTNERS, LLC ET AL.,**

                    **Defendants.**

-----------------------------------------------------------  x

21-cv-04690 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a telephone conference in this case on August 17, 2022 at 11:00 a.m. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press may use the same dial-in information.

**SO ORDERED.**

Dated:    **August 2, 2022**
            **New York, New York**

                                                          **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**