UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

**KENNEDY LEWIS PARTNERS MASTER FUND LP and KENNEDY LEWIS PARTNERS MASTER FUND II LP,**

      **Plaintiffs,**

  -against-

**ABRY PARTNERS, LLC ET AL.,**

      **Defendants.**

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 5, 2022

**21-cv-04690 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

  The telephone conference scheduled in this case on August 17, 2022 at 11:00 a.m. is re-scheduled for August 17, 2022 at **2:00 p.m**. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press may use the same dial-in information.

**SO ORDERED.**

Dated: **August 5, 2022**
    **New York, New York**

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**